# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Restrepo, Luis F. | 2. Court or Organization<br><br>U.S. Court of Appeals for the 3rd Circuit | 3. Date of Report<br><br>04/25/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

United States Courthouse
601 Market Street
Suite 18613
Philadelphia, PA 19106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member - President Board of Directors | Swarthmore Swim Club |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Restrepo, Luis F. | 04/25/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Temple Law School Adjunct Professor | $15,396.00 |
| 2. | 2018 | National Institute for Trial Advocacy - Instructor | $12,200.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | My spouse received payments from the City of Philadelphia Board of Pension/Retirement |
| 2. | 2018 | My wife received income from her employer The University of Pennsylvania Law School |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Institute for Trial Advocacy | June 24-30 | San Francisco, CA | Teaching | Transportation, Loding, Food |
| 2. | National Institute for Trial Advocacy | November 12-18 | Philadelphia, PA | Teaching | Parking & Milage |
| 3. | National Institute for Trial Advocacy | September 11-13 | Washington, DC | Teaching | Transportation, Lodging , Food |
| 4. | Tulane University Law School | March 20-22 | New Orleans, LA | Judge Moot Court Competition | Transportation, Lodging, Food |
| 5. | McGeorge Law School | April 11-13 | Sacramento, CA | Judge Moot Court Competition | Transportation, Lodging, Food |

| 6. | 6th Circuit | May 16-17 | Nashville, TN | Speak at 6th Cir Conference | Transportation, Lodging Food |
|---|---|---|---|---|---|
| 7. | Stetson Law School | May 21-23 | St. Petersburg, Florida | Speak at EATS Conference | Transportation, Lodging Food |
| 8. | Federal Judicial Center | May 30, 2018 | Houston, TX | Speak at Conference | Transportation, Lodging, Food |
| 9. | American Constitution Society | June 6-7, 2018 | Washington, D.C. | Attend Conference | Transportation, Lodging, Food |
| 10. | Administrative Office of US Courts | September 19, 2018 | Washington, D.C. | Speaker | Transportation, Lodging, Food |
| 11. | Department of Justice | October 17-19, 2018 | San Diego, CA | Teach at the NAC | Transportation, Lodging, Food |

| Name of Person Reporting | Date of Report |
|---|---|
| Restrepo, Luis F. | 04/25/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Restrepo, Luis F. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Vanguard Life Strategy Growth Fund | C | Dividend | M | T | | | | | |
| 2. Vanguard Explorer Fund | B | Dividend | M | T | | | | | |
| 3. Vanguard Index 500 | D | Dividend | N | T | | | | | |
| 4. Vanguard Value Index | C | Dividend | M | T | | | | | |
| 5. Vanguard Energy | B | Dividend | K | T | | | | | |
| 6. Vanguard Health Care | A | Dividend | K | T | | | | | |
| 7. Vanguard Money Market | A | Dividend | J | T | | | | | |
| 8. Vanguard Extended Market ▓ Roth IRA | A | Dividend | L | T | | | | | |
| 9. American Century Heritage Fund 401(K) | A | Dividend | K | T | Closed | | | | Roll Over Vanguard 2030 |
| 10. Saving/Checking acct Phila. Police Credit Union | D | Interest | J | T | | | | | |
| 11. ▓ "A" Vanguard 529 | C | None | K | T | Sold (part) | | K | | College |
| 12. ▓ "B" Vanguard 529 | D | None | L | T | Sold (part) | | J | | College |
| 13. ▓ "B" Vanguard 529 | D | None | L | T | Sold (part) | | J | | College |
| 14. ▓ "C" Vanguard 529 | D | None | L | T | | | | | |
| 15. ▓ "D" Vanguard 529 | D | None | L | T | | | | | |
| 16. Vanguard Target Retirement 2030 | C | Dividend | M | T | | | | | |
| 17. United States Savings Bonds | | None | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Restrepo, Luis F. | 04/25/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The four different 529 plans are funded by me and my spouse. All 529 accounts are Vanguard 529s i age/risk investment options. There were several redemptions on the 529s for three children, all related to college expenses/tuition.

A also sold part of the 529 account on 12/26/17 Value K

B also sold part of the 529 account on 5/1/17 Value J

C also sold part of the 529 account on 8/11/17 and 12/26/17 Value J

savings/checking account with the Philadelphia Police Fire and Credit Union is used on a regular (daily) basis as a checking account it would be nearly impossible to register every deposit and withdrawl on the acount the balance is never in excess of what would be classified as a D.

Note - rolled American Century Heritage 401 account into Vanguard 2030 account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Luis F. Restrepo**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544